**P** Rent vs. Own

Compare for [        ] months

**Own**

Loan Type:  ☑ First   ☐ Second

Sales Price [            ]     w/MIP,FF [            ]

Down Pmt [     ] %     Note Rate [     ] %

Equity [            ]     Term [     ] mths

Loan Amt [            ]     Monthly Pmt [            ]

**Rent**

Rent Cost / mth [            ]

Increase / yr [     ] %

Total Cash Flow [            ]

**Comparison**

|  | Monthly | Total |
|---|---|---|
| Total Rent Cash Flow |  | [            ] |
| Closing Cost from GFE |  | [            ] - |
| Home Equity After [     ] months | [            ] /mth | [            ] + |
| Home Appreciation (Compounded Yearly) [     ] %/yr | [            ] /mth | [            ] + |
| Investment Interest (Compounded Monthly) [     ] %/yr | [            ] /mth | [            ] - |
| Housing Expenses & Obligations | [            ] /mth | [            ] - |
| Income Tax Bracket [     ] % | [            ] /mth | [            ] + |

Benefit of Purchase      [            ]     [            ] =

# FHA Worksheet PUR

☑ Conv    ☐ FHA    ☐ VA    ☐ USDA/Rural Housing    ☐ Other -

Case Number [          ]    Check one:  ☐ Existing Construction
Sec of the Housing Act [          ▾]    ☐ Proposed Construction
CHUMS ID [          ]

**Borrower**
| | First | Middle | Last | Suffix | SSN |
|---|---|---|---|---|---|
| Borrower | | | | | |
| Co-Borrower | | | | | |

3a. Mtg w/o UFMIP [          ]    4. Appraised Value w/o CC [          ]
3b. UFMIP [     ] % [          ]    Purchase Price [          ]
   MIP Paid in Cash [          ]
3c. Mtg with UFMIP [          ]    5. a. Total Closing Costs [          ]
6. Current Housing Expenses [          ]    b. Paid by Seller [          ] -
7. Term of loan [     ] years    c. Borrower's CC [          ] =
8. Interest Rate (%) [     ] %    [ FHA Max Loan Amt ] [          ]
9. Adj. Buydown Int. Rate [          ]    Energy Efficient Improvements [          ]

**10. Settlement Requirements / Mortgage Calculation**
a. Contract Sales Price    [ From 203k WS Line C3 ] [          ]
b. Borrower-Paid Closing Costs (from line 5c) [          ] +
c. Unadjusted Acquisition (10a + 10b) [          ] =
d. Statutory Investment Requirement (10a ^ 0.03) [          ]

**11. Maximum Mortgage Calculation**
a. Lesser of Sales Price (10a) or Value (from 4) [          ]
b. Required Adjustments (+/-) [          ] +/-
c. Mortgage Basis (11a + 11b) [          ] =
d. Mortgage Amt. (11c * LTV Factor ☐ Lock [     ] %) [ Copy Loan Amt ] [          ]

**12. Cash Investment Requirements**
a. Minimum Down Payment (10c -11d) (Must equal or exceed 10d) [          ]
b. Prepaid Expenses [          ] +
c. Discount Points [          ] +
d. Repairs & Improvements (Non-Financeable) [          ] +
e. Upfront MIP Paid in Cash [          ] -
f. Non-Realty and Other Items  ☐ Lock [          ] +/-
g. Total Cash to Close (Sum of 12a thru 12f) [          ] =
h. Amount Paid (Earnest Money, etc.)  ☐ Cash  ☐ Other [          ]
i. Amount of Gift Funds    Source: [          ] [          ]
j. Assets Available [          ]
k. 2nd Mtg (if applicable)    Source: [          ] [          ]
l. Cash Reserves (Sum of 12h thru 12k, minus 12g) [          ]

**13. Monthly Effective Income**
a. Borrower's Base Pay [          ]
b. Borrower's Other Earnings [          ]
c. Co-borrower's Base Pay [          ]
d. Co-bor's Other Earnings [          ]
e. Net Inc from Real Estate [          ]
f. Gross Monthly Income [          ]

**14. Debts & Obligations**
a. Total Installment Debt [          ]
   Unpaid Balance [          ]
b. Child Support, etc. [          ]
c. Other [          ]
   Unpaid Balance [          ]
d. Total Monthly Payments [          ]

**15. Future Monthly Payments**
a. P & I - 1st Mortgage [          ]
b. Monthly MIP [          ]
c. HOA Fee [          ]
d. Ground Rent [          ]
e. P & I - 2nd Mortgage [          ]
f. Hazard Insurance [          ]
g. Taxes & Special Assess. [          ]
h. Total Mortgage Payment [          ]
i. Recurring Expenses [          ]
j. Total Fixed Payment [          ]

**17. Borrower Rating (A/R)**
a. Credit Characteristics [          ]
b. Adequacy of Effective Income [          ]
c. Stability of Effective Income [          ]
d. Adequacy of Available Assets [          ]

**18. CAIVRS - LDP/GSA**
Borrower's CAIVR # [          ]
LDP/GSA (page no. & date) [          ]
Co-Borrower's CAIVR # [          ]
LDP/GSA (page no. & date) [          ]

**16. Ratios**
a. Loan-to-Value (11d / 11a) [          ]
b. Mtg Pymt-to-Income [          ]
c. Total Fixed Pmt-to-Income [          ]

**Attachment A Information**
A1. Contract Sales Price [          ]
A2. 6% of line A1: [          ]
A3. Total Seller Contribution: [          ]
A4. Excess Contribution: [          ]

**21. Remarks**
[                                        ]

[ Calculate EEM Qualifying Ratios ]

**Loan Information**

Opened Date  [ ]

Closed Date  [ ]

☐ Exclude loan from HMDA report
☐ Report the Purpose of this loan as Home Improvement

Preapproval (home purchase loans only)  [ ▼]

APR Rate Spread  [ ]

☐ Report as a HOEPA loan

**Property Information**

MSA Number  [ ]

County Code  [ ]

Census Tract  [ ]

Lien Status  [ ▼]

Property Type  [ ▼]

**Origination Information**

Type of Purchaser (New 2004 HMDA)  [ ▼]        Type of Purchaser (Old 2003 HMDA)  [ ▼]

Action Taken  [ ▼]    Action Date  [ ]

**Reason(s) for Denial**

Reason for Denial #1  [ ▼]

Reason for Denial #2  [ ▼]

Reason for Denial #3  [ ▼]

**Denial / Counter Offer Tracking Information**

This information is for tracking purposes only, and will not be reported to HMDA.

☐ This loan denied          Denied on [ ] by [ ]

☐ Credit denial form completed    Mailed on [ ] by [ ]

☐ Counter offer made        Made on [ ] by [ ]

Details of Counter Offer

[ ]

**2004 New Government Monitoring Section**        [ * Click here for the loans from 2003 or earlier ]

**Borrower**

☐ I do not wish to furnish this information

☐ Not Applicable (applicant is not a natural person or information is unavailable because the loan has been purchased by your institution)

Ethnicity (check one)
☐ Hispanic or Latino    ☐ Not Hispanic or Latino

Race (check all that apply)
☐ American Indian or Alaska Native
☐ Native Hawaiian or Other Pacific Islander
☐ Asian
☐ White
☐ Black or African American

Sex:
☐ Female    ☐ Male

**Co-Borrower**

☐ I do not wish to furnish this information

☐ Not Applicable (applicant is not a natural person or information is unavailable because the loan has been purchased by your institution)

Ethnicity (check one)
☐ Hispanic or Latino    ☐ Not Hispanic or Latino

Race (check all that apply)
☐ American Indian or Alaska Native
☐ Native Hawaiian or Other Pacific Islander
☐ Asian
☐ White
☐ Black or African American

Sex:
☐ Female    ☐ Male

This app taken by    ☐ Face-to-face interview    ☐ Mail    ☐ Telephone    ☐ Internet

**Loan Comparison**

| | Prospect Program | Alternative 1 | Alternative 2 |
|---|---|---|---|
| | Copy to Alt1 / Copy to Alt2 | Swap to Edit / Clear | Swap to Edit / Clear |
| | Loan Prg | | |
| | CC Scen | | |
| Sales Price | | | |
| Down Pmt | % | % | % |
| Loan Amt | | | |
| Int Rate | % | % | % |
| Term/Due In | / mths | / mths | / mths |
| Total HE | | | |
| Closing Cost | | | |
| Cash to Close | | | |
| Conc. Sub Fin | | | |
| APR | | | |
| Qual Ratio | % / % | % / % | % / % |
| Min Income | | | |
| Max Debt | | | |

# Prequalification

Loan Prog

CC Scenario

☑ Conv   ☐ FHA   ☐ VA   ☐ USDA/Rural Housing   ☐ Other
☑ First        ☐ Second
☑ Primary    ☐ Secondary        ☐ Investment
☑ Purchase   ☐ Cash-Out Refi    ☐ No Cash-Out Refi

Copy from Max Prop Value

Purch Price

Down Pmt            %

Equity

Loan Amt

w/ MIP, FF

Note Rate            %

Qual Rate            %

Term            mths

Monthly Pmt

Appr Value

APR            %

Closing Cost
from GFE

Income

HE & Oblig

Other Payments

Present HE

Max Loan Amount   Calc

Down Pmt

Max Prop Value

Max Loan Limit

Min Income Req'd

Max Debt Allowable

Required Ratio
Top            %
Bottom            %

Qual Ratio
Top            %
Bottom            %

Loan-to-Value
LTV            %
CLTV            %

Max Loan-to-Value
LTV            %
CLTV            %

☐ The income/assets of a person other than Borrower will be used.
☐ The income/assets of the Borrower's spouse will not be used..

Agency Case No _____     Lender Case No _____

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

☑ Conv          ☑ First          ☑ Fixed Rate
☐ FHA           ☐ Second         ☐ GPM -  Rate ____  % ____ Years
☐ VA
☐ USDA/Rural Housing             ☐ ARM - _____
☐ Other - _____           ☐ Other - _____

Purchase Price _____    Total Loan Amt _____    Term _____ mths
Loan Amount _____       Note Rate _____ %           Due In _____ mths
MIP, Funding Fee _____  Qual Rate _____ %           Mon Pmt _____

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

Subject Property

Street _____

City _____ St ____ Zip _____    County _____
                                              No Units ____ Year Built ____

Legal Description _____

Purpose of Loan                  Property will be:
☑ Purchase    ☐ Construction     ☑ Primary
☐ Cash-Out Refi ☐ Construction - Permanent   ☐ Secondary    Gross Rent _____
☐ No Cash-Out Refi ☐ Other -     ☐ Investment  Occup. Rate (%) _____

If Construction Loan:
Period ____ mths OR ____ days [Calendar]   Int Rate ____   % Req Rsv _____
Yr Aqd ____ Original Cost ____ Existing Lien ____ Lot Value (a) ____ Imprvmts (b) ____ Total (a+b) ____

If Refinance Loan:
Yr Aqd ____ Original Cost ____ Existing Lien ____ Purpose of Refinance _____

Describe Improvements _____    ☐ Made ☐ to be made   Cost _____

Title                            Estate will be held in
Names _____        ☑ Fee Simple
                                  ☐ Leasehold - _____
Manner _____    Source of  _____
                       Down Pmt   _____

## III. BORROWER INFORMATION

| Borrower | | | Co-Borrower | | [Copy from Borrower] |
|---|---|---|---|---|---|

Borrower
First Name ____ Middle Name ____ Last Name ____
Suffix ____
SSN ____ Birth Date ____
Home Ph ____ Age ____
Yrs in School ____
☐ Married ☐ Unmarried ☐ Separated
Depend. No. ____ Ages ____

Co-Borrower
First Name ____ Middle Name ____ Last Name ____
Suffix ____
SSN ____ Birth Date ____
Home Ph ____ Age ____
Yrs in School ____
☐ Married ☐ Unmarried ☐ Separated
Depend. No. ____ Ages ____

Present Address  ☐ Own ☐ Rent  No Yrs ____
Addr _____
City _____
State ____ Zip _____

Present Address  ☐ Own ☐ Rent  No Yrs ____
Addr _____
City _____
State ____ Zip _____

Mailing Address  ☐ Same as Present Address
Addr _____
City _____
State ____ Zip _____

Mailing Address  ☐ Same as Present Address
Addr _____
City _____
State ____ Zip _____

Former Addresses  ☐ Own ☐ Rent  No Yrs ____
Addr _____
City _____
State ____ Zip _____

Former Addresses  ☐ Own ☐ Rent  No Yrs ____
Addr _____
City _____
State ____ Zip _____

☐ Own ☐ Rent  No Yrs ____
Addr _____
City _____
State ____ Zip _____

☐ Own ☐ Rent  No Yrs ____
Addr _____
City _____
State ____ Zip _____

## IV. EMPLOYMENT INFORMATION

Borrower                          [From VOE]
Employer ‡           ☐ Self-Employed
Name _____
Addr _____
City _____
State ____ Zip _____
Position _____
Bus. Ph ____ Yrs on work ____
Yrs on job ____ yrs ____ mths

Co-Borrower                       [From VOE]
Employer ‡           ☐ Self-Employed
Name _____
Addr _____
City _____
State ____ Zip _____
Position _____
Bus. Ph ____ Yrs on work ____
Yrs on job ____ yrs ____ mths

Former Employer ‡    ☐ Self-Employed
Name _____
Addr _____
City _____
State ____ Zip _____
Dates: From ____ To ____
Monthly Inc _____
Position _____
Bus. Ph _____

Former Employer ‡    ☐ Self-Employed
Name _____
Addr _____
City _____
State ____ Zip _____
Dates: From ____ To ____
Monthly Inc _____
Position _____
Bus. Ph _____

More Entries... ____ 1 of 1  [Show All]          More Entries... ____ 1 of 1  [Show All]

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Monthly Housing Expenses | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Inc | | | | Rent | | |
| Overtime | | | | First Mtg | | |
| Bonuses | | | | Other Fin | | |
| Commissn | | | | HazIns | | |
| Div/Int | | | | Taxes | | |
| Net Rent | | | | MtgIns | | |
| Other | | | | HOA Dues | | |
| Other | | | | Other | | |
| Total | | | | Total | | |

### Describe Other Income

| B/C | Description | Monthly Inc |
|---|---|---|
| | | |
| | | |
| | | |

## VI. ASSETS AND LIABILITIES

### ASSETS

Cash Deposit

$

Completed   ☑ Jointly   ☐ Not Jointly

Real Estate Owned

Vested Interest in Retir. Funds

[ ▼ ]  From VOD

Net worth of business owned

*

Automobile

Acct No

More Entries...  1  of 1    Show All

Other Assets

Stocks and Bonds

Life Ins: Face Amt

Total Assets

Subtotal Liquid Assets

### LIABILITIES

Request Credit    View Credit    Populate Liab.

Company *  ☐ Resubordinated  ☐ Omitted   [ ▼ ]  From VOM/L

R/L(I)/M  Balance  Payment  Mos left

☐ Will be paid off (*)

Acct No

More Entries...  1  of 1    Show All

Mos Left

Alimony/Child Support

Job Related Expense

Balance  Payment

Net Worth          Total

**Loan Application - Page 3**

Case 3:04-cv-01640-SI    Document 46-1    Filed 09/10/04    Page 8 of 12
VI. ASSETS AND LIABILITIES (cont.)

Schedule of Real Estate Owned                                          Occupancy Rate [        ] %

**Property Address**                                                    [ From VOM ]

S/PS/R    Type    Remarks
[                    ]  [  ]  [        ▼]  [                    ]

Market Value    Amt of Mtg    Gross Rent    Mtg Payment    Ins/Tax/Misc    Net Rent
[          ]     [          ]   [          ]   [          ]    [          ]    [          ]

More Entries...   [ 1 ]  of 1                                          [ Show All ]

Totals   [          ]  [          ]  [          ]  [          ]  [          ]  [          ]

Alternate Name                Creditor Name                    Account Number
[                    ]        [                            ]    [                    ]
[                    ]        [                            ]    [                    ]

## VII. DETAILS OF TRANSACTION

a. Purchase Price            [          ]     j. Subordinate financing      [          ]

b. Alterations               [          ]     k. CC paid by seller   □ Lock - [          ]

c. Land                      [          ]     l.  [                    ▼]

d. Refi (incl. debts to   □ Lock - [          ]     [                    ▼]
   be paid off)

e. Est. prepaid items     □ Lock - [          ]     [                    ▼]

f. Est. closing costs        [          ]     [                    ▼]

g. PMI, MIP, Funding Fee     [          ]     For Sub Financing Only
                                              New First Mortgage          [          ]

h. Discount (if Borrower will pay)  [          ]    Closing Costs from
                                                   New Second Mortgage     [          ]

i. Total Costs               [          ]

                                              m. Loan Amt (excl. fee financed)  [          ]

                                              n. PMI, MIP financed    [ MIP/FF ]  [          ]

                                              o. Loan Amt (m + n)               [          ]

                                              p. Cash from/to Bor     □ Lock - [          ]

## VIII. DECLARATIONS

|     |                                                                                           | Borrower Y/N | Co-Brw Y/N |
|-----|-------------------------------------------------------------------------------------------|:---:|:---:|
| a.  | Are there any outstanding judgments against you?                                          | [ ] | [ ] |
| b.  | Have you been declared bankrupt within the past 7 years?                                  | [ ] | [ ] |
| c.  | Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | [ ] | [ ] |
| d.  | Are you a party to a lawsuit?                                                             | [ ] | [ ] |
| e.  | Have you been obligated on any loan resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? | [ ] | [ ] |
| f.  | Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation bond, or loan guarantee? | [ ] | [ ] |
| g.  | Are you obligated to pay alimony, child support, or separate maintenance?                 | [ ] | [ ] |
| h.  | Is any part of the down payment borrowed?                                                 | [ ] | [ ] |
| i.  | Are you a co-maker or endorser on a note?                                                 | [ ] | [ ] |
| j.  | Are you a U.S. citizen?                                                                   | [ ] | [ ] |
| k.  | Are you a permanent resident alien?                                                       | [ ] | [ ] |
| l.  | Do you intend to occupy the property as your primary residence?                           | [ ] | [ ] |
| m.  | Have you had an ownership interest in a property in the last three years?                  | [ ] | [ ] |
|     | (1) What type of property did you own (PR/SH/IP)?                                          | [ ] | [ ] |
|     | (2) How did you hold title to home (S/SP/O)?                                              | [ ] | [ ] |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

2004 New Government Monitoring Section        [ * Click here for the loans from 2003 or earlier ]

**Borrower**                                   **Co-Borrower**
□ I do not wish to furnish this information     □ I do not wish to furnish this information

Ethnicity (check one)                          Ethnicity (check one)
□ Hispanic or Latino  □ Not Hispanic or Latino  □ Hispanic or Latino  □ Not Hispanic or Latino

Race (check all that apply)                    Race (check all that apply)
□ American Indian or Alaska Native             □ American Indian or Alaska Native
□ Native Hawaiian or Other Pacific Islander    □ Native Hawaiian or Other Pacific Islander
□ Asian                                        □ Asian
□ White                                        □ White
□ Black or African American                    □ Black or African American

Sex:                                           Sex:
□ Female   □ Male                              □ Female   □ Male

This app taken by   □ Face-to-face interview   □ Mail   □ Telephone   □ Internet

Interviewer's Name                             * Company                           Phone
[                    ]                          [                        ]          [          ]

Interviewer's Phone No                         Addr   [                    ]       Fax  [          ]
[              ]                                City   [                    ]
                                               State  [        ]  Zip  [            ]

**VA Refi Worksheet**

### I. Initial Computation

1. Existing VA Loan Balance

2. Subtract Any Cash Payment from Veteran

3. Total

### II. Preliminary Loan Amount

5. _____ % Discount

6. _____ % Origination Fee

7. _____ % Funding Fee

8. Add Other Allowable Closing Costs and Prepaids

9. Total

### III. Final Computation

11. _____ % Discount

17. _____ % Funding Fee

18. Total - Maximum Loan Amount

Borrower

| First | Middle | Last | Suffix |
|---|---|---|---|

FHA Case Number _____

Property Address

Street _____    # of Units ____

City _____  St ____  Zip _____    ☐ HUD-Owned

| Commitment Stage | | |
|---|---|---|
| ☐ Conditional | ☑ Owner-Occupant | ☑ Purchase | ☐ Escrow Commitment |
| ☐ Firm | ☐ Investor | ☐ Cash-Out Refi | |
| | ☐ Government Agency | ☐ No Cash-Out Refi | |
| | ☐ Nonprofit | | |

**A. Property Information**

1. Contract Sales Price _____

   or ☐ Existing Debt _____    4. 110% After-Improved Value _____

2. "As-Is" Value _____    5. Borrower Paid Closing Costs _____

3. After-Improved Value _____    6. Allowable Energy Improvements _____

**B. Rehabilitation and Other Allowable Costs**

1. Total Cost of Repairs includes the improvement in A6 _____

2. Contingency Reserve on Repair Costs ____ %  (10-20% of B1) _____

3. Inspection Fees ____ X $ ____ per inspection

   + Title Update Fee ____ X $ ____ per draw    = _____

4. Mtg Payments Escrowed ____ X $ ____ per month

5. Sub-Total for Rehabilitation Escrow Account (Total of B1 thru B4) _____

6. Architectural and Engineering Fees _____

7. Independent Consultant Fees _____

8. Permits and Other Fees (Explain in Remarks) _____

9. Plan Reviewer Fees ____ miles @ $ ____ per mile

10. Sub-Total (Total of B5 thru B9) _____

11. Supplemental Origination Fee (greater of $350 or 1.5% of B10) _____

12. Discount Points on Repair Costs and Fees ____ % of B10 _____

13. Sub-Total for Release at Closing (Total of B6 thru B9 + B11 and B12) _____

14. Total Rehabilitation Cost (Total of B5 and B13 minus A6) _____

**C. Mortgage Calculation for Purchase Transactions**

1. Lesser of Sales Price (A1) or As-Is Value (A2) _____

2. Total Rehabilitation Cost (B14) _____

3. Lesser of Sum of C1 + C2 _____ or 110% of After-Improved Value (A4) _____

4. Statutory Investment Required (C3 * 3%) _____

5. Max Mtg Amt: Sum of C3 + (-) Required Adjustment $ _____ * 85%(Inv) or LTV Fct(Own) _____

   or Less Allowable Downpayment/HUD-Owned Prop _____ ☐ Lock _____

6. Actual Cash Investment Required (C3 + A5 - C5) = ☐ Lock _____

7. Adjusted Maximum Mortgage Amount (If required in C6) _____

**D. Mortgage Calculation for Refinance Transactions**

1. Sum of Existing Debt (A1) + Rehabilitation Cost (B14) + Borrower Paid CC (A5)
   + Prepaids + Discount on Total Loan Amt - Discnt on Rpair Cost(B12)

   minus FHA MIP Refund   $ _____ ☐ Lock _____

2. Lesser of Sum of A2 + B14 _____ or A4

3. Borrower Paid Closing Cost (A5) _____

4. Sum of D2 + D3 _____ X 85%(Inv) or 97/95/90% (Own) _____

5. Maximum Mortgage Amount: Lesser of D1 or D4 ☐ Lock _____

6. Borrower's Req'd Investment (D1 minus D5) = _____

**E. Mortgage Calculation for Escrow Commitment Procedure**

1. Max Mtg Amt: Lesser of A2 + B14 or A3 * LTV Factor (Own) ☐ Lock _____

2. Enter the Value Established in C5 or D5 _____

3. Total Escrow Commitment: E1 - E2 _____

4. Borrower's Estimated Profit: 0 or E3 minus C4 _____

   or  D6 _____  = _____

**F. Calculation for Energy Efficient Mortgage**

1. Energy Efficient Mortgage Amount (C5 or C7, D5, or E1) + A6 _____

Remarks

_____

Total Escrowed Funds _____    Interest Rate _____    Discount Points _____

Borrower's Acknowledgement

☐ Pay the net interest income directly to me/us

☐ Apply the net interest income directly to the mortgage principal

☐ Other - _____

Date Prepared    06/02/2004

Loan Program

CC Scenario

Loan Amt [____]    Interest Rate [____] %    1st Pmt Date [____]

w/ MIP, FF [____]    Term/Due In [____] / [____] mths    Est Close Date [____]

PFC - Prepaid Finance Charge (APR Items)    S - Seller Paid    F - FHA Allowable

**800  ITEMS PAYABLE IN CONNECTION WITH LOAN:**

| | | |
|---|---|---|
| 801 Loan Origination Fee | % + $ | _ PFC _ S _ F |
| 802 Loan Discount | % + $ | _ PFC _ S _ F |
| 803 Appraisal Fee | ☐ Paid | _ PFC _ S _ F |
| 804 Credit Report | ☐ Paid | _ PFC _ S _ F |
| 805 Lender's Inspection Fee | | _ PFC _ S _ F |
| 808 Mortgage Broker Fee | % + $ | _ PFC _ S |
| 809 Tax Service Fee | | _ PFC _ S _ F |
| 810 Processing Fee | ☐ Paid | _ PFC _ S _ F |
| 811 Underwriting Fee | | _ PFC _ S _ F |
| 812 Wire Transfer | | _ PFC _ S _ F |
| | | _ PFC _ S _ F |
| | | _ PFC _ S _ F |
| | | _ PFC _ S _ F |
| Additional Items | | |

**900  ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE:**

| | | |
|---|---|---|
| 901 Interest for [__] days @ $ [____] per day | | _ PFC _ S _ F |
| 902 Mtg Ins Prem | | _ PFC _ S _ F |
| 903 Haz Ins [__] mths @ $ [____] per mth | | _ PFC _ S _ F |
| 904 | | _ PFC _ S _ F |
| 905 VA Funding Fee | | _ PFC _ S |

**1000  RESERVES DEPOSITED WITH LENDER:**

| | | |
|---|---|---|
| 1001 Haz Ins. Reserv [__] mths @ $ [____] per mth | | _ PFC _ S _ F |
| 1002 Mtg Ins Reserv [__] mths @ $ [____] per mth | | _ PFC _ S _ F |
| 1003 School Taxes [__] mths @ $ [____] per mth | | _ PFC _ S _ F |
| 1004 Taxes Reserv [__] mths @ $ [____] per mth | | _ PFC _ S _ F |
| 1005 Flood Ins. Resv [__] mths @ $ [____] per mth | | _ PFC _ S _ F |
| [__] mths @ $ [____] per mth | | _ PFC _ S _ F |
| [__] mths @ $ [____] per mth | | _ PFC _ S _ F |
| Aggr. Adjustment | | _ PFC _ S |

**1100  TITLE CHARGES:**

| | | |
|---|---|---|
| 1101 Closing/Escrow Fee | Table | _ PFC _ S _ F |
| 1105 Doc Prep Fee | | _ PFC _ S _ F |
| 1106 Notary Fees | | _ PFC _ S _ F |
| 1107 Attorney Fees | | _ PFC _ S _ F |
| 1108 Title Ins (Lender's) | Table | _ PFC _ S _ F |
| | | _ PFC _ S _ F |
| Additional Items | | _ PFC _ S _ F |

**1200  GOVERNMENT RECORDING & TRANSFER CHARGES:**

| | | |
|---|---|---|
| 1201 Recording Fees | | _ PFC _ S _ F |
| 1202 City/County Tax/Stamps | | _ PFC _ S _ F |
| 1203 State Tax/Stamps | | _ PFC _ S _ F |
| User Defined | | _ PFC _ S _ F |
| User Defined | | _ PFC _ S _ F |
| User Defined | | _ PFC _ S _ F |

**1300  ADDITIONAL SETTLEMENT CHARGES:**

| | | |
|---|---|---|
| 1302 Pest Inspection | | _ PFC _ S _ F |
| | | _ PFC _ S _ F |
| | | _ PFC _ S _ F |
| Additional Items | | |

**TOTAL ESTIMATED SETTLEMENT CHARGES**

**COMPENSATION TO BROKER** (Not Paid out of Loan Proceeds):

Total Estimated Funds Needed to Close

| | | |
|---|---|---|
| Purchase Price/Pay Off | | + |
| Loan Amount | | - |
| Estimated Closing Costs | | + |
| Estimated Prepaid Items/Reserves | | + |
| Closing Costs Paid by Seller | ☐ Lock | - |
| | | +/- |
| | | +/- |
| | | +/- |

*For Sub Financing Only
New First Mortgage*    [____] -

Sub Financing*    [____] +

Closing Costs from New Second Mortgage*    [____] +

Total Estimated Funds to Close    [0.00] =

☐ This Good Faith Estimate is being provided by broker...

## Stmt of Credit Denial, Termination, or Change

**Borrower**

| First | Middle | Last | Suffix |
|---|---|---|---|

**Co-Borrower**

| First | Middle | Last | Suffix |
|---|---|---|---|

**Mailing Address**

Addr

City ____ St ___ Zip ____

Loan Amt

Note Rate ___ %

Term ___ Month

Mailed on

Date Denied

---

### 1. Your application denial was based on the following reason(s):

**A. CREDIT**
- ☐ No Credit File
- ☐ Insufficient Credit Reference
- ☐ Insufficient Credit File
- ☐ Unable to Verify Credit References
- ☐ Garnishment, Attachment, Foreclosure, Repossession or Suit
- ☐ Excessive Obligations
  - ☐ Insufficient Income for Total Obligations
  - ☐ Unacceptable Payment Record on Previous Mortgage
  - ☐ Lack of Cash Reserves
- ☐ Delinquent Credit Obligations
- ☐ Bankruptcy
- ☐ Information From a Consumer Reporting Agency

**B. EMPLOYMENT STATUS**
- ☐ Unable to Verify Employment
- ☐ Length of Employment
- ☐ Temporary or Irregular Employment, Insufficient Stability of Income

**C. INCOME**
- ☐ Insufficient Income for Mortgage Payments
- ☐ Unable to Verify Income

**D. RESIDENCY**
- ☐ Temporary Residence
- ☐ Too Short a Period of Residence
- ☐ Unable to Verify Residence

**E. INS, GUARANTY or PURCH DENIED BY:**
- ☐ Department of Housing and Urban Dev
- ☐ Department of Veterans Affairs
- ☐ Federal National Mortgage Association
- ☐ Federal Home Loan Mortgage Corporation
- ☐ - ____

**F. OTHER**
- ☐ Insufficient Funds to Close the Loan
- ☐ Credit Application Incomplete
- ☐ Inadequate Collateral
  - ☐ Unacceptable Property
  - ☐ Insufficient Data - Property
  - ☐ Unacceptable Appraisal
  - ☐ Unacceptable Leasehold Estate
- ☐ We do not grant credit to any applicant on...
- ☐ Withdrawn by Applicant
- ☐ - ____
- ☐ - ____

---

### 2. Disclosure of use of information obtained from an outside source.

In compliance with Fair Credit Act, Section 615, your application was declined either wholly or partly because of:

- ☐ Information obtained in a report from a consumer reporting agency:

  Name °

  Address

  Telephone

- ☐ Information obtained from an outside source other than a consumer reporting agency. You have the right to make a written request of us for disclosure of the nature of this information.

- ☐ Additional Statement

Completion of letter by