## Rent vs. Own

Compare for _____ months

### Own

Loan Type  ☐ First  ☐ Second
Sales Price _____  w/MIP,FF _____
Down Pmt _____ %  Note Rate _____ %
Equity _____  Term _____ mths
Loan Amt _____  Monthly Pmt _____

### Rent

Rental Cost / mth _____
Increase / yr _____ %
Total Cash Flow _____

### Comparison

| | Monthly | Total |
|---|---|---|
| Total Rent Cash Flow | | _____ |
| Closing Costs from GFE | | – _____ |
| Home Equity After _____ months | _____ /mth | + _____ |
| Home Appreciation _____ % /yr (Compounded Yearly) | _____ /mth | + _____ |
| Investment Interest _____ % /yr (Compounded Monthly) | _____ /mth | – _____ |
| Housing Expenses & Obligations | _____ /mth | – _____ |
| Income Tax Bracket _____ % | _____ /mth | + _____ |
| Benefit of Purchase vs. Renting | _____ | = _____ |

RENTOWN

# MCAW - Purchase

## Borrower
- First
- Last
- Social Security Number

## Co-Borrower
- First
- Last
- Social Security Number

Case Number

Select one

Sec of the Housing Act

CHUMS ID

3a. Mtg w/o UFMIP

3b. UFMIP _____ %  [MIP/FF]

MIP Paid in Cash

3c. Mortgage with UFMIP

4. Appraised Value w/o CC

   Purchase Price

5. a. Total Closing Cost

   b. Paid by Seller           -

   c. Borrower's CC           =

6. Current Housing Expenses

7. Term of loan _____ years

8. Interest Rate _____ %

9. Adj Buydown Int Rate

[FHA MAX Loan Amt]

Energy Eff. Improvements

### 10. Statutory Investment Requirements

a. Contract Sales Price                    [From 203k WS Line C3]

b. Borrower-Paid Closing Costs (from line 5c)                    +

c. Unadjusted Acquisition (10a + 10b)                    =

d. Statutory Investment Requirement (10a * 0.03)

### 11. Maximum Mortgage Calculation

a. Lesser of Sales Price (10a) or Value (from 4)

b. Required Adjustments (+ / -)                    +/-

c. Mortgage Basis (11a + 11b)                    =

d. Mortgage Amt (11c * LTV Factor)         _____ %  [Copy Loan Amt]

### 12. Cash Investment Requirements

a. Min Down Payment (10c - 11d) (Must equal or exceed 10d)

b. Prepaid Expenses                    +

c. Discount Points                    +

d. Repairs & Improvements (Non-Financeable)                    +

e. Upfront MIP Paid in Cash                    -

f. Non-Realty and Other Items                    +/-

g. Total Cash to Close (Sum of 12a thru 12F)                    =

h. Amount Paid (Earnest Money, etc.)

i. Amount of Gift Funds          Source:

j. Assets Available

k. 2nd Mtg (if applicable)          Source:

l. Cash Reserves (Sum of 12h thru 12k, minus 12g)

### 13. Monthly Effective Income

a. Borrower's Base Pay  [Base Inc]

b. Borrower's Other Earnings

c. Co-borrower's Base Pay

d. Co-bor's Other Earnings

e. Net Inc from Real Estate

f. Gross Monthly Income

### 14. Debts & Obligations

a. Total Installment Debt

   Unpaid Balance

b. Child Support, etc.

c. Other

   Unpaid Balance

d. Total Monthly Payments

### 15. Future Monthly Payments

a. P & I - 1st Mortgage

b. Monthly MIP

c. HOA Fee

d. Ground

e. P & I - 2nd Mortgage

f. Hazard Insurance

g. Taxes & Special Assess.

h. Total Mortgage Payment

i. Recurring Expenses

j. Total Fixed Payment

### 17. Borrower Rating (A/R)

a. Credit Characteristics

b. Adequacy of Effective Income

c. Stability of Effective Income

d. Adequacy of Available Assets

### 18. CAIVRS - LDP / GSA

Borrower's CAIVR #

LDP/GSA (page no. & date)

Co-Borrower's CAIVR #

LDP/GSA (page no. & date)

### 16. Ratios

a. Loan-to-Value (11d / 11a)

b. Mtg Pymt-to-Income

c. Total Fixed Pmt-to-Income

### Attachment A Information

A1. Contract Sale Price

A2. 6% of line A1:

A3. Total Seller Contribution:

A4. Excess Contribution:

### 21. Remarks

[Calculate EEM Qualifying Ratios]

MCAWPUR

## HMDA Information

### Loan Information

- Opened Date: //
- Closed Date: //
- Loan Number: EM000001
- Loan Purpose: [dropdown]
- Loan Type:
  - ☐ Conv
  - ☐ VA
  - ☐ FHA
  - ☐ USDA-RHS
- Property Type: [dropdown]
- Preapprovals: [dropdown]
- HOEPA Status: [dropdown]
- Lien Status: [dropdown]

### Property Information

- MSA Number:
- County Code:
- State Code:
- Census Tract:
- ☐ Exclude loan from HMDA report
- ☐ Report the purpose of this loan as Home Improvement (one to four family)

**Property will be**

☐ Primary  ☐ Secondary  ☐ Investment

Rate Spread:

### Origination Information

- Type of Purchaser: [dropdown]
- Action Taken: [dropdown]
- Action Date: //

### Reason(s) for Denial

- Reason for Denial #1: [dropdown]
- Reason for Denial #2: [dropdown]
- Reason for Denial #3: [dropdown]

### Information for Government Monitoring

**Borrower**

☐ I do not wish to furnish this info

**Race / National Origin:**

Ethnicity: [dropdown]

Race
- ☐ American Indian or Alaskan Native
- ☐ Asian
- ☐ Black or African American
- ☐ Native Hawaiian or Other Pacific Islander
- ☐ White
- ☐ Information not provided
- ☐ Not applicable

**Sex:**
☐ Male  ☐ Female

**Co-Borrower**

☐ I do not wish to furnish this info

**Race / National Origin:**

Ethnicity: [dropdown]

Race
- ☐ American Indian or Alaskan Native
- ☐ Asian
- ☐ Black or African American
- ☐ Native Hawaiian or Other Pacific Islander
- ☐ White
- ☐ Information not provided
- ☐ Not applicable

**Sex:**
☐ Male  ☐ Female

HMDA_DENIAL04

## Loan Comparison

| | Prospect Program | Alternative 1 | Alternative 2 |
|---|---|---|---|
| | Copy to Alt1 / Copy to Alt2 | Swap with Current / Clear | Swap with Current / Clear |
| | Loan Prg | | |
| | CC Prg | | |
| Sales Price | | | |
| Down Pmt | % | % | % |
| Loan Amt | | | |
| Int Rate | % | % | % |
| Term/Due In | / mths | / mths | / mths |
| Total HE | | | |
| Closing Cost | | | |
| Cash to Close | | | |
| Subordinate Fin | | | |
| APR | | | |
| Qual Ratio | % / % | % / % | % / % |
| Min Income | | | |
| Max Debt | | | |

LOANCOMP

## Prequalification

- Loan Program: 
- Closing Cost Program: 

| Loan Type | Lien Position | Property will be | Purpose of Loan |
|---|---|---|---|
| ☐ Conv | ☐ First | ☐ Primary | ☐ Purchase |
| ☐ FHA | ☐ Second | ☐ Secondary | ☐ Cash-Out Refi |
| ☐ VA | | ☐ Investment | ☐ No Cash-Out Refi |
| ☐ FmHA | | | |
| ☐ Other | | | |

**Copy from Max Prop Value**

- Purch Price: 
- Down Pmt: %
- Equity: 
- Loan Amt: 
- w/ MIP,FF: 
- Note Rate: %
- Qual Rate: %
- Term: mths
- Monthly Pmt: 
- Appr Value: 
- APR: %
- Closing Cost from GFE: 

- Max Loan Amt: 
- Down Pmt: 
- Max Prop Value: 
- Max Loan Limit: 
- Income: 
- HE & Oblig: 
- Other Payments: 
- Present HE: 
- Min Income Req'd: 
- Max Debt Allowable: 
- Borrower FICO: 
- Co-Borrower FICO: 

**Loan-to-Value**
- LTV: %
- CLTV: %

**Max Loan-to-Value**
- LTV: %
- CLTV: %

**Required Ratio**
- Top: %
- Bottom: %

**Qual Ratio**
- Top: %
- Bottom: %

PREQUAL

☐ The income/assets of a person other than Borrower will be used...
☐ The income/assets of the Borrower's spouse will not be used..

Agency Case No [ ]          Lender Case No [ ]

## I. Types of Mortgage and Terms of Loan

☐ Conv         ☐ First         ☐ Fixed Rate
☐ FHA          ☐ Second        ☐ GPM - Rate [ ] %  Years [ ]
☐ VA           Sub. Financing  ☐ ARM -                    [Zoom]
☐ USDA-RHS
☐ Other - [ ]                  ☐ Other - [ ]

Purchase Price [ ]    Total Loan Amt [ ]    Term [ ] mths
Loan Amount [ ]       Note Rate [ ] %       Due In [ ] mths
[MIP/FF] [ ]          Qual Rate [ ] %       Mon Pmt 🔒 [ ]

## II. Property Information and Purpose of Loan

### Subject Property

Address [ ]          County [ ]
City [ ]             No Units [ ]   Year Built [ ]
State [ ]  Zip [ ]

### Legal Description

[ ]
[ ]

### Purpose of Loan

☐ Purchase         ☐ Construction
☐ Cash-Out Refi    ☐ Construction - Perm
☐ No Cash-Out Refi ☐ Other - [ ]

### Property will be

☐ Primary
☐ Secondary    Gross Rnt [ ]
☐ Investment   Occup Rate [ ] %

### Construction Loan

Period [ ] mths
Yr Aqd | Original Cost | Existing Lien | Lot Value (a) | Impvmts (b) | Total (a+b)
[ ]    | [ ]           | [ ]           | [ ]           | [ ]         | [ ]

### Refinance Loan

Yr Aqd | Original Cost | Existing Lien | Purpose of Refinance
[ ]    | [ ]           | [ ]           | Change In Rate Term ▼

Describe Improvements
[ ]   ☐ made ☐ to be made    Cost [ ]

### Title will be held

Names [ ]
      [ ]
Manner [ ▼ ]

### Estate will be held in

[ ▼ ]
If Leasehold, enter exp. date:
[ ]

### Source of Down Payment

[ ▼ ]
[                    ]

## III. Borrower Information

### Borrower

[Copy from Borrower]

|          | First | Last |
|----------|-------|------|
| Name     | [ ]   | [ ]  |
| S.S. #   | [ ]   | DOB // |
| H. Phone | [ ]   | School [ ] |

Marital Status [ ▼ ]   Depend. # [ ]   Depend. Ages [ ]

#### Present Address
☐ Own  ☐ Rent   # of Years [ ] Y [ ] M
Address [ ]
City [ ]
State [ ]  Zip [ ]

#### Mailing Address
☐ Same as present address
Address [ ]
City [ ]
State [ ]  Zip [ ]

#### Previous Address
☐ Own  ☐ Rent   # of Years [ ] Y [ ] M
Address [ ]
City [ ]
State [ ]  Zip [ ]

[Show All (VOR)]

### Co-Borrower

|          | First | Last |
|----------|-------|------|
| Name     | [ ]   | [ ]  |
| S.S. #   | [ ]   | DOB // |
| H. Phone | [ ]   | School [ ] |

Marital Status [ ▼ ]   Depend. # [ ]   Depend. Ages [ ]

#### Present Address
☐ Own  ☐ Rent   # of Years [ ] Y [ ] M
Address [ ]
City [ ]
State [ ]  Zip [ ]

#### Mailing Address
☐ Same as present address
Address [ ]
City [ ]
State [ ]  Zip [ ]

#### Previous Address
☐ Own  ☐ Rent   # of Years [ ] Y [ ] M
Address [ ]
City [ ]
State [ ]  Zip [ ]

[Show All (VOR)]

## IV. Employment Information

### Borrower

☐ Self-Employed
Employer [ ]
Address [ ]
City [ ]
State [ ]  Zip [ ]
Position [ ]
B. Phone [ ]
Years on Job [ ] Y [ ] M
Years in Line of Work [ ]

[Show All (VOE)]

### Co-Borrower

☐ Self-Employed
Employer [ ]
Address [ ]
City [ ]
State [ ]  Zip [ ]
Position [ ]
B. Phone [ ]
Years on Job [ ] Y [ ] M
Years in Line of Work [ ]

[Show All (VOE)]

D10031

## V. Monthly Income and Combined Housing Expense Information

### Gross Monthly Income

| | Borrower | Co-Borr. | Total |
|---|---|---|---|
| Base Inc | | | |
| Overtime | | | |
| Bonuses | | | |
| Commissions | | | |
| Div. / Int. | | | |
| Net Rent Inc. 🔒 | | | |
| Other | | | |
| Other | | | |
| Total | | | |

### Monthly Housing Expenses

| | Present | Proposed |
|---|---|---|
| Rent | | |
| First Mtg. | | 🔒 |
| Other Fin. | | |
| Haz. Ins | | |
| Taxes | | |
| Mtg. Ins | | |
| HOA Dues | | |
| Other | | |
| Total | | |

### Describe Other Income

| B/C | Description | Monthly Inc. |
|---|---|---|
| | ▼ | |
| | ▼ | |
| | ▼ | |

## VI. Assets and Liabilities

Completed: ☐ Jointly  ☑ Not Jointly

### Assets

Cash Deposit

$ [ ]

Real Estate Owned [ ]
Vested Interest in Ret. Funds [ ]
Net Worth of Business Owned [ ]

### Checking and Savings

Total Bank Deposits  $ [ ]

Show All (VOD)

### Automobile

[ ] [ ]
[ ] [ ]
[ ] [ ]

### Stocks and Bonds

$ [ ]
[ ]
[ ]

### Other Assets

[ ] [ ]
[ ] [ ]
[ ] [ ]
[ ] [ ]

### Life Insurance         Market Value

Face Amt.: [ ]  [ ]

Subtotal Liquid Assets $ [ ]        Total Assets $ [ ]

### Liabilities

[ Order Credit ]  [ View Credit ]  [ Import Liabilities ]

| Company | R/I/M | Balance | Payment | Mos Left | Paid Off |
|---|---|---|---|---|---|
| | ▼ | | | | ☐ |
| | ▼ | | | | ☐ |
| | ▼ | | | | ☐ |
| | ▼ | | | | ☐ |
| | ▼ | | | | ☐ |
| | ▼ | | | | ☐ |
| | ▼ | | | | ☐ |

Show All (VOL)

Alimony / Child Support [ ]  [ ]
Job Related Expense [ ]  [ ]
[ ]  [ ]

| | Balance | Payment |
|---|---|---|
| Net Worth [ ]  Total | [ ] | [ ] |

## VI. Assets and Liabilities (cont.)

### Schedule of Real Estate Owned

[Show All (VOM)]

| | Market Value | Amt of Mtg | Gross Rent | Mtg Payment | Ins/Tax/Misc | Net Rent |
|---|---|---|---|---|---|---|
| Totals | | | | | | |

### Additional Credit Received

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |
| | | |

## VII. Details of Transactions

a. Purchase Price
b. Alterations
c. Land
d. Refi (inc. debts to be paid off)
e. Est. prepaid items
f. Est. closing cost
g. PMI, MIP, Funding Fee
h. Discount (if Borrower will pay)
i. Total Costs

j. Subordinate financing
k. CC paid by seller
l. [dropdown] [dropdown] [dropdown] [dropdown]
m. Loan amount
n. PMI, MIP Financed [MIP/FF]
o. Loan Amount (m + n)
p. Cash from / to Borrower

## VIII. Declarations

|   |   | Borr. Y/N | Co-Borr. Y/N |
|---|---|---|---|
| a. | Are there any outstanding judgments against you? | ☐ | ☐ |
| b. | Have you been declared bankrupt in the past 7 years? | ☐ | ☐ |
| c. | Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ | ☐ |
| d. | Are you a party to a lawsuit? | ☐ | ☐ |
| e. | Have you been obligated on any loan resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? | ☐ | ☐ |
| f. | Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond or loan guarantee? | ☐ | ☐ |
| g. | Are you obligated to pay alimony, child support, or separate maintenance? | ☐ | ☐ |
| h. | Is any part of the down payment borrowed? | ☐ | ☐ |
| i. | Are you a co-maker or endorser on a note? | ☐ | ☐ |
| j. | Are you a U.S. citizen? | ☐ | ☐ |
| k. | Are you a permanent resident alien? | ☐ | ☐ |
| l. | Do you intend to occupy the property as your primary residence? | ☐ | ☐ |
| m. | Have you had an ownership interest in a property in the last three years? | ☐ | ☐ |
| | (1) What type of property did you own (PR,SH,IP)? | ☐ | ☐ |
| | (2) How did you hold title to home (S,SP,O)? | ☐ | ☐ |

## X. Information for Government Monitoring

☐ Print 2003 Application

### Borrower

☐ I do not wish to furnish this info

**Race / National Origin:**

For applications closing after Jan. 1, 2004

Ethnicity [dropdown]

Race
- ☐ American Indian or Alaska Native
- ☐ Asian
- ☐ Black or African American
- ☐ Native Hawaiian or Other Pacific Islander
- ☐ White
- ☐ Information not provided
- ☐ Not applicable

For applications closing in 2003

Race [dropdown]

Other [____]

**Sex:**
☐ Male  ☐ Female

### Co-Borrower

☐ I do not wish to furnish this info

**Race / National Origin:**

For applications closing after Jan. 1, 2004

Ethnicity [dropdown]

Race
- ☐ American Indian or Alaska Native
- ☐ Asian
- ☐ Black or African American
- ☐ Native Hawaiian or Other Pacific Islander
- ☐ White
- ☐ Information not provided
- ☐ Not applicable

For applications closing in 2003

Race [dropdown]

Other [____]

**Sex:**
☐ Male  ☐ Female

---

Application take By [dropdown]

Interviewer's Name [____]

Interviewer's Phone # [____]

Company Name [____]
Address [____]
City [____]
State [____]  Zip: [____]
Phone: [____]
Fax: [____]

D10033

**VA268923 Rate Reduction WS**

VA Loan Number [ ]

### I. Initial Computation

1. Existing VA Loan Balance [ ]
2. Subtract Any Cash Payment from Veteran − [ ]
3. Total = [ ]

### II. Preliminary Loan Amount

5. [ ] % Discount + [ ]
6. [ ] % Origination Fee + [ ]
7. [ ] % Funding Fee + [ ]
8. Add Other Allowable Closing Costs and Prepaids + [ ]
9. Total = [ ]

### III. Final Computation

11. [ ] % Discount (Based from line 9) [ ]
17. [ ] % Funding Fee (Round to Nearest Dollar) [ ]
18. Total − Maximum Loan Amount [ ]

VARRRWS

## 203k Max Mortgage WS

**Borrower**
First
Last

**FHA Case Number**

**Property Address**
Street
City
State
Zip
# of Units
☐ HUD-Owned

Commitment Stage
Purchase Date  //
Type

☐ Purchase   ☐ Construction
☐ Cash-Out Refi   ☐ Construction - Perm
☐ No Cash-Out Refi   ☐ Other
☐ Escrow Commitment

### A. Property Information

1. Contract Sale Price
   or ☐ Existing Debt
2. "As-Is" Value
3. After-Improved Value
4. 110% After-Improved Value
5. Borrower's Paid Closing Cost
6. Allowable Energy Improvements

### B. Rehabilitation and Other Allowable Costs

1. Total Cost of Repairs includes the improvement in A6
2. Contingency Reserve on Repair Costs ___ % (10-20% of B1)
3. Inspection Fees ___ X $ ___ per inspection
   + Title Update Fee ___ X $ ___ per draw =
4. Mtg Payment Escrowed ___ X $ ___ per month
5. Sub-Total for Rehabilitation Escrow Account (Total of B1 thru B4)
6. Architectural and Engineering Fees
7. Independent Consultant Fees
8. Permits and Other Fees (Explained in Remarks)
9. Plan Reviewer Fees ___ miles @ $ ___ per mile
10. Sub-Total (Total of B5 thru B9)
11. Supplemental Origination Fee (greater of $350 or 1.5% of B10)
12. Discount Points on Repair Costs and Fees ___ % of B10
13. Sub-Total for Release at Closing (Total of B6 thru B9 + B11 and B12)
14. Total Rehabilitation Cost (Total of B5 and B13 minus A6)

### C. Mortgage Calculation for Purchase Transactions

1. Lesser of Sales Price (A1) or As-Is Value (A2)
2. Total Rehabilitation Cost (B14)
3. Lesser of Sum of C1 + C2 ___ or 110% of After-Improved Value (A4)
4. Statutory Investment Required (C3 * 3%)
5. Max Mtg Amt:
   Sum of C3 + (-) Required Adjustment $ ___ * 85% (Inv) or LTV Fct(Own)
   or Less Allowable Downpayment / HUD-Owned Prop
6. Actual Cash Investment Required (C3 +A5 -C5) =
7. Adjusted Maximum Mortgage Amount (If required in C6)

### D. Mortgage Calculation for Refinance Transactions

1. Sum of Existing Debt (A1) + Rehabilitation Cost (B14) + Borrower Paid CC (A5)
   + Prepaids + Discount on Total Loan Amt - Discnt on Rpair Cost (B12)
   minus FHA MIP Refund   $
2. Lesser of Sum A2 + B14 ___ or A4
3. Borrower Paid Closing Cost (A5)
4. Sum of D2 + D3 ___ X 85% (Inv) or 97/95/90% (Own)
5. Maximum Mortgage Amount: Lesser of D1 or D4
6. Borrower's Req'd Investment (D1 minus D5) =

### E. Mortgage Calculation for Escrow Commitment Procedure

1. Max Mtg Amt: Lesser of A2 + B14 or A3 * LTV Factor (Own)
2. Enter the Value Established in C5 or D5
3. Total Escrow Commitment: E1 - E2
4. Borrower's Estimated Profit: 0 or E3 minus C4 ___
   or D6 ___ =

### F. Calculation for Energy Efficient Mortgage

1. Energy Efficient Mortgage Amount (C5 or C7,D5, or E1) + A6

### Remarks

Total Escrowed Funds ___   Interest Rate ___   Discount Points ___

### Borrower's Acknowledgement

MAX23K

**GFE - Itemization**

## GFE - Itemization of Amount Financed

### Loan Terms and Amounts

| | | | | | |
|---|---|---|---|---|---|
| Loan Amt | | Interest Rate | % | 1st Pmt Date | // |
| w/ MIP, FF | | Term / Due in | / Mths | Est Closing Date | // |

P = Paid outside closing / A = APR fees / F = FHA

### 800. Items Payable in Connection with Loan

| | | Borrower | Seller | P/A/F |
|---|---|---|---|---|
| 801 | Loan Origination Fee    % + $ | | | ☐☐☐ |
| 802 | Loan Discount    % + $ | | | ☐☐☐ |
| 803 | Appraisal Fee    ☐ Paid | | | ☐☐☐ |
| 804 | Credit Report    ☐ Paid | | | ☐☐☐ |
| 805 | Lender's Insptn. Fee | | | ☐☐☐ |
| 806 | Application Fee | | | ☐☐☐ |
| 807 | Rate Lock Fee | | | ☐☐☐ |
| 808 | Mrtg Broker Fee    % + $ | | | ☐☐☐ |
| 809 | Tax Service Fee | | | ☐☐☐ |
| 810 | Processing Fee    ☐ Paid | | | ☐☐☐ |
| 811 | Underwriting Fee | | | ☐☐☐ |
| 812 | Wire Transfer | | | ☐☐☐ |
| 813 | | | | ☐☐☐ |
| 814 | | | | ☐☐☐ |
| 815 | | | | ☐☐☐ |
| 816 | | | | ☐☐☐ |
| 817 | | | | ☐☐☐ |
| Additional Items | | | | |

### 900. Items Required by Lender to be Paid in Advance

| | | Borrower | Seller | P/A/F |
|---|---|---|---|---|
| 901 | Interest for    days @ $    per day | | | ☐☐☐ |
| 902 | Mtg Ins Premium    Calc | | | ☐☐☐ |
| 903 | Hazard Insurance    Calc | | | ☐☐☐ |
| | mths @ $    per mth | | | |
| 904 | Flood Insurance | | | ☐☐☐ |
| 905 | VA Funding Fee | | | ☐☐☐ |
| 906 | | | | ☐☐☐ |
| 907 | | | | ☐☐☐ |

### 1000. Reserves Deposited with Lender

| | | Borrower | Seller | P/A/F |
|---|---|---|---|---|
| 1001 | Haz Ins. Reserv    mths @ $ | | | ☐☐☐ |
| 1002 | Mtg Ins Reserv    mths @ $    Calc | | | ☐☐☐ |
| 1003 | School Taxes    mths @ $ | | | ☐☐☐ |
| 1004 | Taxes Reserv    mths @ $    Calc | | | ☐☐☐ |
| 1005 | Flood Ins. Reserv    mths @ $ | | | ☐☐☐ |
| 1006 |     mths @ $ | | | ☐☐☐ |
| 1007 |     mths @ $ | | | ☐☐☐ |
| 1008 |     mths @ $ | | | ☐☐☐ |
| 1009 | Aggregate Adjust.         Aggregate Setup | | | |

### 1100. Title Charges

| | | Borrower | Seller | P/A/F |
|---|---|---|---|---|
| 1101 | Closing/Escw Fee    Table | | | ☐☐☐ |
| 1105 | Doc Prep Fee | | | ☐☐☐ |
| 1106 | Notary Fees | | | ☐☐☐ |
| 1107 | Attorney Fee | | | ☐☐☐ |
| 1108 | Title Company    Table | | | ☐☐☐ |
| 1109 | | | | ☐☐☐ |
| 1110 | | | | ☐☐☐ |
| Additional Items | | | | |

### 1200. Government Recording and Transfer Charges

| | | Borrower | Seller | P/A/F |
|---|---|---|---|---|
| 1201 | Recording Fees | | | ☐☐☐ |
| 1202 | Local Tax/Stamps    Fee | | | ☐☐☐ |
| 1203 | State Tax/Stamps    Fee | | | ☐☐☐ |
| 1204 | User Defined    Fee | | | ☐☐☐ |
| 1205 | User Defined    Fee | | | ☐☐☐ |
| 1206 | User Defined    Fee | | | ☐☐☐ |

### 1300. Additional Settlement Charges

| | | Borrower | Seller | P/A/F |
|---|---|---|---|---|
| 1302 | Pest Inspection | | | ☐☐☐ |
| 1303 | | | | ☐☐☐ |
| 1304 | | | | ☐☐☐ |
| 1305 | | | | ☐☐☐ |
| Additional Items | | | | |

**Total Estimated Settlement Charges**

TOTAL

**Compensation to Broker (Not paid out of loan proceeds)**

**Total Estimated Funds Needed to Close (Details of Transactions)**

| | | | |
|---|---|---|---|
| a. Purchase Price | | j. Subordinate financing | |
| b. Alterations | | k. CC paid by seller | |
| c. Land | | l. | |
| d. Refi (inc. debts to be paid off) | | | |
| e. Est. prepaid items | | | |
| f. Est. closing cost | | | |
| g. PMI, MIP, Funding Fee | | m. Loan amount | |
| h. Discount (if borrwer will pay) | | n. PMI, MIP Financed    MIP/FF | |
| i. Total Costs | | o. Loan Amount (m + n) | |
| | | p. Cash from / to bor. | |

☐ This Good Faith Estimate is being provided by broker...

REGZGFE

## Statement of Denial

**Borrower**

Name: First _____ Last _____

**Present Address**

Address: _____
City: _____
State: ___ Zip: ___

**Co-Borrower**

Name: First _____ Last _____

Action Date: __/__
Mailed on: __/__

### 1. Your application denial was based on the following reason(s):

**A. CREDIT**
- ☐ No Credit File
- ☐ Insufficient Credit Reference
- ☐ Insufficient Credit File
- ☐ Unable to Verify Credit References
- ☐ Garnishment, Attachment, Foreclosure, Reposession or Suit
- ☐ Excessive Obligations
  - ☐ Insufficient Income for Total Obligations
  - ☐ Unacceptable Payment Record on Previouse Mortgage
  - ☐ Lack of Cash Reserves
- ☐ Delinquent Credit Obligations
- ☐ Bankruptcy
- ☐ Information From a Consumer Reporting Agency

**B. EMPLOYMENT STATUS**
- ☐ Unable to Verify Employment
- ☐ Length of Employment
- ☐ Temporary or Irregular Employment, Insufficient Stability of Income

**C. INCOME**
- ☐ Insufficient Stability of Income
- ☐ Unable to Verify Income

**D. RESIDENCY**
- ☐ Temporary Residence
- ☐ Too Short a Period of Residence
- ☐ Unable to Verify Residence

**E. INS, GUARANTY or PURCH DENIED BY:**
- ☐ Department of Housing and Urban Dev
- ☐ Department of Veterans Affairs
- ☐ Federal National Mortgage Association
- ☐ Federal Home Loan Mortgage Corporation
- ☐ - _____

**F. OTHER**
- ☐ Insufficient Funds to Close the Loan
- ☐ Credit Aplication Incomplete
- ☐ Inadequate Collateral
  - ☐ Unacceptable Property
  - ☐ Insufficient Data - Property
  - ☐ Unacceptable Appraisal
  - ☐ Unacceptable Leasehold Estate
- ☐ We do not grant credit to any applicant on...
- ☐ Withdrawn by Applicant
- ☐ - _____
- ☐ - _____

### 2. Disclosure of use of information obtained from an outside source.

In compliance with Fair Credit Act, Section 615, your application was decline either wholly or partly because of:

☐ Information obtained in a report from a consumer reporting agency:

Name: _____
Address: _____
City: _____
State: ___ Zip: ___
Telephone: _____

☐ Information obtained from an outside source other than a consumer reporting agency. You have the right to make a written request of us for disclosure of the nature of this information.

☐ Additional Statement

_____

STATEMENT_DENIAL