WHITE, REDWAY & BROWN LLP
H. Jonathan Redway (Pro Hac Vice)
1217 King Street
Alexandria, VA 22314
Telephone: (703) 299-0035
Facsimile: (703) 299-0036

BURNS, DOANE, SWECKER & MATHIS, LLP
Michael K. Bosworth, Esq. (SBN 75,887)
Kirk M. Nuzum, Esq. (SBN 144,745)
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 622-2300
Facsimile: (650) 622-2499

Attorneys for Plaintiff Calyx Technologies Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALYX TECHNOLOGIES, INC., dba CALYX SOFTWARE, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ELLIE MAE, INC., a California corporation,<br><br>Defendant. | Case No. CO4 01640 SI<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL**<br><br>Judge: The Honorable Susan Illston<br>Date: June 10, 2005<br>Time: 2:30 p.m.<br>Ctrm: Courtroom No. 10, 19th Floor |

After reviewing Plaintiff, Calyx Technologies, Inc., Motion for Leave to File Under Seal and considering the supporting declaration, as well as the pleadings and papers on file with the court, it is hereby ordered that:

//

//

//

//

//

1. Page 134 of the Hu Deposition Transcript and Ellie Mae production 026181, 026182, 026185, 026186, 026211, 026231, 026232, and 026233, be filed under seal.

IT IS SO ORDERED.

Dated: _____  _____

IT IS SO ORDERED
Judge Susan Illston