United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CALYX TECHOLOGIES, INC.,
    Plaintiff,

v.

ELLIE MAE, INC.,
    Defendant.
                             /

No. C 04-01640 SI

**Second**
**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 7, 2004 at 2:30 p.m..
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 30, 2005.

DESIGNATION OF EXPERTS: 10/14/05; Rebuttal. 11/4/05.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 9, 2005 .

DISPOSITIVE MOTIONS **SHALL** be filed by January 20, 2006;

    Opp. Due February 3, 2006 ;  Reply Due February 10, 2006;

    and set for hearing no later than February 24, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 28, 2006 at 3:30 PM.

JURY TRIAL DATE: April 10, 2006 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Due to the Court's heavy law and motion calendars, defendant's motion for partial summary judgment has been continued from 7/15/05 to 7/29/05.

Oppositions to the current discovery disputes shall be filed by 6/17/05.

The parties have agreed to participate in a settlement conference in early September 2005.  By July 1, 2005, the parties shall inform the Court on wether or not it will be private or through the court program.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 6/17/05

                        S/Susan Illston
                        SUSAN ILLSTON
                        United States District Judge