1  WILLIAM SLOAN COATS (STATE BAR NO. 94864)
   MARK F. LAMBERT (STATE BAR NO. 197410)
2  AMY J. BAGDASARIAN (STATE BAR NO. 227065)
   WHITE & CASE LLP
3  3000 El Camino Real
   5 Palo Alto Square, Fl. 10
4  Palo Alto, CA  94306
   Telephone:    650-213-0300
5  Facsimile:     650-213-8158

6  Attorneys for Defendant
   Ellie Mae, Inc.
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11

12 | CALYX TECHNOLOGIES, INC., dba CALYX SOFTWARE, a California Corporation, | Case No.  C04 01640 SI |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING ELLIE MAE, INC.'S ADMINISTRATIVE REQUEST TO FILE EXHIBITS A-E AND O TO THE DECLARATION OF MARK LAMBERT IN SUPPORT OF ELLIE MAE'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND PORTIONS OF ELLIE MAE'S MEMORANDUM OF POINTS AND AUTHORITIES UNDER SEAL** |
| v. | |
| ELLIE MAE, INC., a California Corporation, | |
| Defendant. | **[CIVIL LOCAL RULES 79-5, 7-11]** |

- 1 -

[PROPOSED] ORDER
CASE NO.  C04 01640 SI

1    The Court, having considered Ellie Mae Inc.'s Administrative Request to File Exhibits A-
2  E and O to the Declaration of Mark Lambert in Support of Ellie Mae Inc.'s Motion for Partial
3  Summary Judgment and Portions of Ellie Mae's Memorandum of Points and Authorities in
4  Support of Ellie Mae's Motion for Partial Summary Judgment Under Seal, and good cause
5  appearing pursuant to Civil Local Rules 7-11 and 79-5, hereby GRANTS Ellie Mae's
6  Administrative Request.

7    The Clerk shall accept the filing of Exhibits A-E and O to the Lambert Declaration under
8  seal, and shall accept the filing of Ellie Mae's Memorandum of Points and Authorities in Support
9  of it Motion for Partial Summary Judgment under seal on condition that a redacted version of the
10 Memorandum of Points and Authorities is filed on the public docket

11    IT IS SO ORDERED.
   Dated:

_____
United States District Judge

