1   H. Jonathan Redway, Esq.  (*Pro Hac Vice*)
    WHITE, REDWAY & BROWN LLP
2   1217 King Street
    Alexandria, Virginia   22314
3   Telephone:  (703) 299-0035
    Facsimile:  (703)  299-0036
4
    Michael K. Bosworth, Esq. (State Bar #75,887)
5   Kirk M. Nuzum, Esq. (State Bar #144,745)
    BURNS, DOANE, SWECKER & MATHIS, LLP
6   333 Twin Dolphin Drive, Suite 700
    Redwood Shores, California  94065
7   Telephone:  (650) 622-2300
    Facsimile:  (650) 622-2499
8
9   Attorneys for Plaintiff

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

14  CALYX TECHNOLOGIES, INC., d.b.a.  )   Case No. C04 01640 SI
    CALYX SOFTWARE,                    )
15                                     )
                     Plaintiff,        )
16                                     )   STIPULATION AND ORDER TO
        v.                             )   CONTINUE MOTION FOR PARTIAL
17                                     )   SUMMARY JUDGMENT
    ELLIE MAE, INC.,                   )
18                                     )
                     Defendant.        )
19  _____)

20         Plaintiff, Calyx Technologies, Inc., and Defendant, Ellie Mae, Inc., hereby stipulate and

21  agree that as a result of attorney for Plaintiff, Calyx Technologies, Inc., Jonathan Redway,

22  fracturing his elbow, good cause exists to continue the hearing on Defendant, Ellie Mae, Inc.'s

23  //

24  //

25  //

26  //

27  //

28  //

                                        -1-          STIPULATION AND ORDER TO CONTINUE MOTION
                                                        FOR PARTIAL SUMMARY JUDGMENT
                                                                CASE NO. CO4 01640 SI

1    motion for partial summary judgment from August 5, 2005, at 9:00 a.m., in Courtroom 10,

2    to August 19, 2005 at 9:00 a.m., in Courtroom 10.

3            IT IS SO STIPULATED.

4    Dated: July 6, 2005                    /S/_____

5                                           H. Jonathan Redway

6    Dated: July 6, 2005                    /S/_____

7                                           Mark Lambert

8

9                                    **ORDER**

10           UPON STIPULATION OF THE PARTIES and good cause appearing therefore, it is

11   hereby ordered that the hearing on Ellie Mae's motion for partial summary judgment, which was

12   previously set for August 5, 2005, at 9:00 a.m. in Courtroom 10,  is continued to August 19,

13   2005, at 9:00 a.m. in Courtroom 10.

14           IT IS SO ORDERED.

15   Dated: _____          _____

16                                        Honorable Susan Illston
                                          Judge of the United States District Court
17

18

19

20

21

22

23

24

25

26

27

28

                                                          STIPULATION AND ORDER TO CONTINUE MOTION
                                            -2-                FOR PARTIAL SUMMARY JUDGMENT
                                                                     CASE NO. CO4 01640 SI