1  WHITE, REDWAY & BROWN LLP
   H. Jonathan Redway (Pro Hac Vice)
2  1217 King Street
   Alexandria, VA 22314
3  Telephone: (703) 299-0035
   Facsimile: (703) 299-0036
4
   BURNS, DOANE, SWECKER & MATHIS, LLP
5  Michael K. Bosworth, Esq. (SBN 75,887)
   Kirk M. Nuzum, Esq. (SBN 144,745)
6  333 Twin Dolphin Drive, Suite 700
   Redwood Shores, CA 94065
7  Telephone: (650) 622-2300
   Facsimile: (650) 622-2499
8
9  Attorneys for Plaintiff Calyx Technologies Inc.

10                  UNITED STATES DISTRICT COURT
11                 NORTHERN DISTRICT OF CALIFORNIA
12                      SAN FRANCISCO DIVISION
13

14 | CALYX TECHNOLOGIES, INC., dba CALYX SOFTWARE, a California Corporation, | Case No. CO4 01640 SI |
15 | | **[PROPOSED] ORDER GRANTING CALYX'S ADMINISTRATIVE MOTION TO FILE EXHIBITS 1 AND 2 TO THE LETTER BRIEF DATED JUNE 28, 2005, UNDER SEAL** |
16 | Plaintiff, | |
17 | v. | |
18 | ELLIE MAE, INC., a California corporation, | |
19 | Defendant. | Judge: The Honorable Susan Illston<br>Ctrm: Courtroom No. 10, 19th Floor |
20

21     After reviewing Plaintiff, Calyx Technologies, Inc., Motion for Leave to File Under Seal
22 and considering the supporting declaration, as well as the pleadings and papers on file with the
23 court, it is hereby ordered that:
24 //
25 //
26 //
27 //
28 //

                                    1

1. Page 150, line 9 through page 151, line 14 of the Robert Madsen Deposition Transcript and documents bates numbered Ellie Mae_040938 and Ellie Mae_040945, be filed under seal.

IT IS SO ORDERED.

Dated: _____                          _____

APPROVED
Judge Susan Illston

2

[PROPOSED] ORDER GRANTING CALYX'S
ADMINISTRATIVE MOTION TO FILE EXHIBITS 1 AND 2 TO
THE LETTER BRIEF DATED JUNE 28, 2005, UNDER SEAL
CASE NO. CO4 01640 SI