| | |
|---|---|
| 1  WILLIAM SLOAN COATS (STATE BAR NO. 94864)<br>   MARK F. LAMBERT (STATE BAR NO. 197410)<br>2  AMY J. BAGDASARIAN (STATE BAR NO. 227065)<br>   WHITE & CASE LLP<br>3  3000 El Camino Real<br>   5 Palo Alto Square, Fl. 10<br>4  Palo Alto, CA  94306<br>   Telephone:   650-213-0300<br>5  Facsimile:    650-213-8158 | **FILED**<br><br>JUL 2 8 2005<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

6  Attorneys for Defendant
   Ellie Mae, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALYX TECHNOLOGIES, INC., dba<br>CALYX SOFTWARE, a California<br>Corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>ELLIE MAE, INC., a California Corporation,<br><br>            Defendant. | Case No.  C04 01640 SI<br><br>[PROPOSED] ORDER GRANTING<br>ELLIE MAE, INC.'S<br>ADMINISTRATIVE REQUEST TO<br>FILE EXHIBITS A-E TO THE<br>DECLARATION OF AMY J.<br>BAGDASARIAN IN SUPPORT OF<br>ELLIE MAE'S MOTION TO COMPEL<br>AND PORTIONS OF ELLIE MAE'S<br>LETTER BRIEF UNDER SEAL<br>[CIVIL LOCAL RULES 79-5, 7-11] |

1  The Court, having considered Ellie Mae Inc.'s Administrative Request to File Exhibits A-
2  E to the Declaration of Amy J. Bagdasarian in Support of Ellie Mae Inc.'s Motion to Compel and
3  Portions of Ellie Mae's Letter Brief Under Seal, and good cause appearing pursuant to Civil
4  Local Rules 7-11 and 79-5, hereby GRANTS Ellie Mae's Administrative Request.
5  The Clerk shall accept the filing of Exhibits A-E to the Bagdasarian Declaration under
6  seal, and shall accept the filing of Ellie Mae's Letter Brief under seal on condition that a redacted
7  version of the Letter Brief is filed on the public docket
8  IT IS SO ORDERED.

Dated: 7/28/07

_____
United States District Judge

- 2 -

[PROPOSED] ORDER
CASE NO. C04 01640 SI