1  H. Jonathan Redway *(Pro Hac Vice)*
   Linda M. Goldman, Esq. (SBN 215,125)
2  WHITE, REDWAY & BROWN LLP
   1217 King Street
3  Alexandria, VA  22314
   Telephone:  (703) 299-0035
4  Facsimile:  (703) 299-0036

5  Michael K. Bosworth, Esq. (SBN 75,887)
   Kirk M. Nuzum, Esq. (SBN 144,745)
6  BURNS, DOANE, SWECKER & MATHIS, LLP
   333 Twin Dolphin Drive, Suite 700
7  Redwood Shores, CA  94065
   Telephone:  (650) 622-2300
8  Facsimile:  (650) 622-2499

9  Attorneys for Plaintiff Calyx Technologies Inc.

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14  | | |
    |---|---|
    | CALYX TECHNOLOGIES, INC., dba CALYX SOFTWARE, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ELLIE MAE, INC., a California corporation,<br><br>Defendant. | Case No.  CO4 01640 SI<br><br>**[PROPOSED] ORDER GRANTING CALYX TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF ITS OPPOSITION TO ELLIE MAE, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge:    The Honorable Susan Illston<br>Ctrm:     Courtroom No. 10, 19th Floor |

22       After reviewing Plaintiff, Calyx Technologies, Inc., Motion for Leave to File Under Seal

23  and considering the supporting declaration, as well as the pleadings and papers on file with the

24  court, it is hereby ordered that:

25  //

26  //

27  //

28  //

1   The Clerk shall accept portions of Calyx Technologies, Inc.'s Opposition to Ellie Mae,
2   Inc.'s Motion for Partial Summary Judgment; portions of the Declaration of Doug Chang; and
3   Exhibits 2-17, 20-22, 26, 28-30, 39-41, 44, and 46 to the Declaration of Linda M. Goldman in
4   Support of Calyx's Opposition to Ellie Mae's Motion for Partial Summary Judgment be filed
5   under seal on condition that a redacted version of the Calyx Technologies, Inc.'s Opposition to
6   Ellie Mae, Inc.'s Motion for Partial Summary Judgment, Declaration of Doug Chang, and
7   Declaration of Linda M. Goldman in Support of Calyx's Opposition to Ellie Mae's Motion for
8   Partial Summary Judgment is filed on the public docket.
9   IT IS SO ORDERED.

Dated: _____    _____
                                    Honorable Susan Illston
                                    Judge of the U.S. District Court



2

[PROPOSED] ORDER GRANTING CALYX'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER
SEAL
CASE No. C04 01640 SI