1  WILLIAM SLOAN COATS (STATE BAR NO. 94864)
   MARK F. LAMBERT (STATE BAR NO. 197410)
2  AMY J. BAGDASARIAN (STATE BAR NO. 227065)
   WHITE & CASE LLP
3  3000 El Camino Real
   5 Palo Alto Square, Fl. 10
4  Palo Alto, CA  94306
   Telephone:    650-213-0300
5  Facsimile:    650-213-8158

6  Attorneys for Defendant
   Ellie Mae, Inc.
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12 | CALYX TECHNOLOGIES, INC., dba | Case No. C04 01640 SI |
   | CALYX SOFTWARE, a California  |                        |
13 | Corporation,                  | **[PROPOSED] ORDER GRANTING ELLIE MAE, INC.'S ADMINISTRATIVE REQUEST TO FILE EXHIBITS B-C TO THE DECLARATION OF MARK F. LAMBERT IN SUPPORT OF ELLIE MAE'S REPLY MEMORANDUM IN SUPPORT OF ELLIE MAE'S MOTION FOR PARTIAL SUMMARY JUDGMENT, AND PORTIONS OF ELLIE MAE'S REPLY BRIEF UNDER SEAL** |
14 |                Plaintiff,      |                        |
15 |         v.                     |                        |
16 | ELLIE MAE, INC., a California Corporation, | |
17 |                Defendant.      |                        |
18 |                                | **[CIVIL LOCAL RULES 79-5, 7-11]** |

- 1 -

[PROPOSED] ORDER
CASE NO. C04 01640 SI

1  The Court, having considered Ellie Mae Inc.'s Administrative Request to File Exhibits B-C to the Declaration of Mark F. Lambert in Support of Ellie Mae Inc.'s Reply Memorandum in Support of Ellie Mae's Motion for Partial Summary Judgment, and Portions of Ellie Mae's Reply Brief Under Seal, and good cause appearing pursuant to Civil Local Rules 7-11 and 79-5, hereby GRANTS Ellie Mae's Administrative Request.

The Clerk shall accept the filing of Exhibits B-C to the Lambert Reply Declaration under seal, and shall accept the filing of Ellie Mae's Letter Brief under seal on condition that a redacted version of the Letter Brief is filed on the public docket

IT IS SO ORDERED.

Dated: _____
United States District Judge



- 2 -

[PROPOSED] ORDER
CASE NO. C04 01640 SI