1 | H. JONATHAN REDWAY (*PRO HAC VICE*)
2 | WHITE REDWAY & BROWN LLP
  | 1217 King Street
3 | Alexandria, Virginia 22314
  | Telephone: 703/299-0035
4 | Facsimile: 703/299-0036

5 | MICHAEL K. BOSWORTH, ESQ. (SBN 75887)
  | KIRK M. NUZUM, ESQ. (SBN 144745)
6 | BURNS DOANE SWECKER & MATHIS LLP
  | 333 Twin Dolphin Drive, Suite 700
7 | Redwood Shores, California 94065-1418
  | Telephone: 650/622-2300
8 | Facsimile: 650/622-2499

9 | Attorneys for Plaintiff
  | CALYX TECHNOLOGIES, INC.
10 |
  | WILLIAM SLOAN COATS (SBN 94864)
11 | MARK F. LAMBERT (SBN 197410)
  | AMY J. BAGDASARIAN (SBN 227065)
12 | WHITE & CASE, LLP
  | 3000 El Camino Real
13 | Five Palo Alto Square, 10th Floor
  | Palo Alto, CA 94306
14 | Telephone: 650-213-0300
  | Facsimile: 650-213-8158
15 |
  | Attorneys for Defendant
16 | ELLIE MAE, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CALYX TECHNOLOGIES, INC., dba CALYX SOFTWARE, a California Corporation, | Case No. C04 01640 SI |
| Plaintiff, | **STIPULATION FOR TEMPORARY STAY OF PROCEEDINGS AND [PROPOSED] ORDER THEREON** |
| v. | |
| ELLIE MAE, INC., a California Corporation, | |
| Defendant. | |

1     WHEREAS, Counsel for Plaintiff Calyx Technologies, Inc. and Defendant Ellie Mae,
2 Inc. (collectively, the "Parties") have met and conferred, and the Parties agree, that it would be
3 in the interests of judicial economy, and the best interests of the Parties to stipulate to a
4 temporary stay of all proceedings in this action;

5     WHEREAS, the Parties agree that a temporary stay of proceedings will serve the interests
6 of justice by facilitating a possible settlement of this action;

7     WHEREAS, Counsel for the Parties have also met and conferred to determine scheduling
8 matters that may be affected by a temporary stay, should the Court so Order;

9     WHEREAS, Counsel for the Parties have discussed and agreed upon adjustments to the
10 Case Management Schedule that would accommodate the temporary stay proposed herein;

11     WHEREAS, the Parties agree that these adjustments will have no material impact on the
12 currently scheduled dispositive motion deadlines, pre-trial conference date (and related
13 deadlines), or trial date;

14     WHEREAS, the Parties have agreed that Calyx will re-notice its Motion for Leave to File
15 Third Amended Complaint [Docket 236] for November 18, 2005, and Calyx will file a
16 superseding Amended Notice of Motion reflecting the November 18, 2005 hearing date;

17     NOW THEREFORE, the Parties hereby stipulate, and respectfully request that the
18 Court order, as follows:

19     All proceedings in this action shall be stayed until **October 12, 2005**. The dates
20 set forth in the Case Management Schedule [Docket No. 131] shall be modified as
21 follows (unchanged dates in **Bold**):

| Event | Current Date | Revised Date |
|---|---|---|
| Fact Discovery Cut-off | September 30, 2005 | October 28, 2005 |
| Designation of Experts/Reports | October 14, 2005 | November 4, 2005 |
| **Case Management Conf.** | **October 17, 2005** | **October 17, 2005** |
| Expert Rebuttal Reports | November 4, 2005 | November 30, 2005 |
| Expert Discovery Cutoff | December 9, 2005 | December 16, 2005 |

-2-

| | | |
|---|---|---|
| **Dispositive Motions Due** | January 20, 2006 | January 20, 2006 |
| **Opp. to Disp. Motions Due** | February 3, 2006 | February 3, 2006 |
| **Replies to Disp. Motions Due** | February 10, 2005 | February 10, 2005 |
| **Hearing on Disp. Motions** | February 24, 2006 | February 24, 2006 |
| **Pre-Trial Conference** | March 28, 2006 | March 28, 2006 |
| **Trial** | April 10, 2006 | April 10, 2006 |

The Parties shall comply with the Court's discovery orders filed September 12, 2005 [Docket Nos. 253 and 254] by producing non-deposition discovery by no later than October 13, 2005, and by complying with deposition discovery by October 28.

Dated: September 19, 2005   **WHITE REDWAY & BROWN LLP**

/s/
H. Jonathan Redway (*pro hac vice*)
Attorneys for Plaintiff, Calyx Technologies, Inc.

Dated: September 19, 2005   **WHITE & CASE LLP**

/s/ Mark F. Lambert /s/
Mark F. Lambert (Bar No. 197410)
Attorneys for Defendant, Ellie Mae, Inc.

**IT IS SO ORDERED.**

Dated: September __, 2005   _____

GRANTED
Judge Susan Illston

I, Mark F. Lambert, am the ECF User whose identification and password are being used to file this Stipulation For Temporary Stay Of Proceedings And [Proposed] Order Thereon. Pursuant to General Order 45.X.B, I hereby attest that H. Jonathan Redway, Counsel for Plaintiff, has concurred in this filing.