```
 1 | H. JONATHAN REDWAY (PRO HAC VICE)
   | WHITE, REDWAY & BROWN LLP
 2 | 1217 King Street
   | Alexandria, VA 22314
 3 | Phone:     (703) 299-0035
   | Fax:       (703) 299-0036
 4 |
 5 | MICHAEL K. BOSWORTH (SBN 75887)
   | KIRK M. NUZUM (SBN 144745)
 6 | BURNS, DOAN, SWECKER & MATHIS LLP
   | 333 Twin Dolphin Drive, Suite 700
 7 | Redwood Shores, CA 94065
   | Phone:     (650) 622.2300
   | Fax:       (650) 622-2499
 8 |
 9 | WILLIAM S. COATS (SBN 94864)
   | MARK F. LAMBERT (SBN 197410)
10 | AMY J. BAGDASARIAN (SBN 227065)
   | WHITE & CASE, LLP
11 | 3000 El Camino Real
   | Five Palo Alto Square, 10th Floor
12 | Palo Alto, CA  94306
   | Telephone:  (650) 213-0300
13 | Facsimile:  (650) 213-8158
14 | Attorneys for Defendant
   | ELLIE MAE, INC.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CALYX TECHNOLOGIES, INC., dba CALYX SOFTWARE, a California Corporation,<br><br>      Plaintiff,<br><br>    v.<br><br>ELLIE MAE, INC., a California Corporation,<br><br>      Defendant. | Case No. C04 01640 SI<br><br>**STIPULATION FOR EXTENSION OF TEMPORARY STAY OF PROCEEDINGS AND [PROPOSED] ORDER THEREON** |

1    WHEREAS, Counsel for Plaintiff Calyx Technologies, Inc. and Defendant Ellie Mae,
2  Inc. (collectively, the "Parties") have met and conferred, and the Parties agree, that it would be
3  in the interests of judicial economy, and the best interests of the Parties to stipulate to an
4  extension of the temporary stay of all proceedings in this action entered by the Court on
5  September 20, 2005 [Docket No. 257];

6    WHEREAS, the Parties agree that an extension of the temporary stay of proceedings will
7  serve the interests of justice by facilitating continued settlement negotiations between the
8  Parties;

9    WHEREAS, Counsel for the Parties have also met and conferred to determine scheduling
10 matters that may be affected by an extension of the temporary stay, should the Court so Order;

11   WHEREAS, Counsel for the Parties have discussed and agreed upon adjustments to the
12 Case Management Schedule that would accommodate the extension of the temporary stay
13 proposed herein;

14   WHEREAS, the Parties agree that these adjustments will have no material impact on the
15 currently scheduled dispositive motion deadlines, pre-trial conference date (and related
16 deadlines), or trial date;

17   WHEREAS, the Parties have agreed that Calyx will re-notice its Motion for Leave to File
18 Third Amended Complaint [Docket 236] for December 2, 2005, and Calyx will file a
19 Superseding Notice of Motion reflecting the December 2, 2005 hearing date;

20   NOW THEREFORE, the Parties hereby stipulate, and respectfully request that the
21 Court order, as follows:

22   All proceedings in this action shall be stayed through **October 25, 2005**.  The
23 dates set forth in the Case Management Schedule (Docket No. 131) shall be modified as
24 follows (unchanged dates in **Bold**):

| Event | Current Date | Modified Date |
|---|---|---|
| Joint Case Management Statement | -- | October 12, 2005 |
| **Case Management Conf.** | **October 17, 2005** | **October 17, 2005** |
| Fact Discovery Cut-off | October 28, 2005 | November 18, 2005 |

-1-    Stipulation For Extension of Temporary Stay of Proceedings  (Case No. C04 01640 SI)

| | | | |
|---|---|---|---|
| 1 | Designation of Experts/Reports | November 4, 2005 | November 30, 2005 |
| 2 | Expert Rebuttal Reports | November 30, 2005 | January 6, 2006 |
| 3 | Expert Discovery Cutoff | December 16, 2005 | January 13, 2006 |
| 4 | **Dispositive Motions Due** | **January 20, 2006** | **January 20, 2006** |
| 5 | **Opp. to Disp. Motions Due** | **February 3, 2006** | **February 3, 2006** |
| 6 | **Replies to Disp. Motions Due** | **February 10, 2005** | **February 10, 2005** |
| 7 | **Hearing on Disp. Motions** | **February 24, 2006** | **February 24, 2006** |
| 8 | **Pre-Trial Conference** | **March 28, 2006** | **March 28, 2006** |
| 9 | **Trial** | **April 10, 2006** | **April 10, 2006** |

The Parties shall comply with the Court's discovery orders filed September 12, 2005 [Docket Nos. 253 and 254] by serving via mail non-deposition discovery by no later than October 26, 2005, and by complying with deposition discovery by November 18, 2005.

Dated: October 11, 2005

**WHITE REDWAY & BROWN LLP**

_____/s/_____
H. Jonathan Redway (*pro hac vice*)
Attorneys for Plaintiff, Calyx Technologies, Inc.

Dated: October 11, 2005

**WHITE & CASE LLP**

_____/s/_____
William S. Coats (Bar No. 94864)
Mark F. Lambert (Bar No. 197410)
Amy J. Bagdasarian (Bar No. 227065)
Attorneys for Defendant, Ellie Mae, Inc.

**IT IS SO ORDERED.**

Dated: October ___, 2005

_____
Susan Illston
United States District Judge

[GRANTED — Judge Susan Illston, United States District Court, Northern District of California]

-2-

Stipulation For Extension of Temporary Stay of Proceedings (Case No. C04 01640 SI)