H. JONATHAN REDWAY (*PRO HAC VICE*)
WHITE REDWAY & BROWN LLP
1217 King Street
Alexandria, Virginia 22314
Telephone: 703/299-0035
Facsimile: 703/299-0036

MICHAEL K. BOSWORTH, ESQ. (SBN 75887)
KIRK M. NUZUM, ESQ. (SBN 144745)
BURNS DOANE SWECKER & MATHIS LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, California 94065-1418
Telephone: 650/622-2300
Facsimile: 650/622-2499

Attorneys for Defendant
Calyx Technologies, Inc.

WILLIAM SLOAN COATS (SBN 98464)
MARK F. LAMBERT (SBN 197410)
AMY J. BAGDASARIAN (SBN 227065)
WHITE & CASE LLP
3000 El Camino Real
Five Palo Alto Square, 10th Floor
Palo Alto, California 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

Attorneys for Ellie Mae, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALYX TECHNOLOGIES, INC., dba CALYX SOFTWARE, a California Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ELLIE MAE, INC., a California Corporation,<br><br>    Defendant. | Case No. C04 01640 SI<br><br>**JOINT STIPULATION TO VACATE THE AUGUST 22, 2005, ORDER [DOCKET NO. 237] AND JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |

1   WHEREAS Plaintiff Calyx Technologies, Inc. ("Calyx") and Defendant Ellie Mae, Inc. ("Ellie Mae") (together referenced herein as the "Parties") have settled all of the claims in the above captioned action;

    NOW THEREFORE, the Parties, by and through their respective counsel hereby agree and stipulate, and request that the Court order, as follows:

    1.  The August 22, 2005 Order Granting Summary Judgment [Docket No. 237] entered by this Court is vacated.

    2.  Pursuant to Federal Rule of Civil Procedure 41(a), Calyx's claims against Ellie Mae in the above-captioned action are dismissed with prejudice.

    3.  Each party shall bear its own costs and attorney's fees in connection with the above-captioned action and with this stipulation.

    **IT IS SO STIPULATED.**

                                        WHITE REDWAY & BROWN LLP


Dated: October 28, 2005          _____/S/_____
                                    By: H. Jonathan Redway
                                    Attorneys Calyx Technologies, Inc.


                                        WHITE & CASE LLP


Dated: October 28, 2005          _____/S/_____
                                    By: William Sloan Coats
                                    Attorneys for Ellie Mae, Inc.


**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**


Date: _____    _____
                                    United States District Judge
                                    Judge Susan Illston

*IT IS SO ORDERED* — Judge Susan Illston

- 2 -

STIPULATION OF DISMISSAL AND ORDER THEREON
CASE NO. C04-01640 SI